UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES DION PALMER,

                        Petitioner,

        v.

SNOHOMISH COUNTY JAIL,

                        Respondent.

CASE NO. C22-152-MJP-SKV

REPORT AND RECOMMENDATION

        On February 7, 2022, Petitioner submitted to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254.  *See* Dkt. 1.  Petitioner was at that time confined at the Snohomish County Jail in Everett, Washington.  *See* Dkt. 1-1 at 1.  Petitioner submitted with his petition an application to proceed with this action *in forma pauperis*.  Dkt. 1.  However, Petitioner failed to submit with his application the requisite trust account statement and he also failed to have the facility complete the certification portion of the application.  The Clerk therefore sent Petitioner a letter advising him of these deficiencies and providing him a deadline to correct them.  Dkt. 2.  Petitioner corrected the deficiencies, and his materials were thereafter forwarded to the Court for review.  *See* Dkt. 3.

REPORT AND RECOMMENDATION
PAGE - 1

On March 21, 2022, this Court issued an Order granting Petitioner's application for leave to proceed *in forma pauperis* and an Order directing Petitioner to show cause why his petition should not be dismissed for lack of jurisdiction.  Dkts. 4, 6.  The Court noted in the Order to Show Cause that it appeared Petitioner was seeking to challenge the validity of a judgment and sentence entered in the State of Virginia and that his petition should therefore be brought in one of the federal judicial districts of that state and not in this district.  Dkt. 6.  On March 28, 2022, the copies of the Court's Orders mailed to Petitioner at his address of record, the Snohomish County Jail, were returned by the post office with a notation indicating that Petitioner had been released from custody.  Dkt. 7.  To date, Petitioner has not provided the Court with an updated address.

Because over sixty days have passed since mail directed to Petitioner at his address of record was returned by the post office, and because Petitioner has not notified the Court of his current address, this action should be dismissed, without prejudice, for failure to prosecute pursuant to LCR 41(b)(2).  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the

//

//

REPORT AND RECOMMENDATION
PAGE - 2

1    matter will be ready for consideration by the District Judge on **July 8, 2022**.

2         DATED this 10th day of June, 2022.

3

4                                        _S. Kate Vaughan_

5                                        S. KATE VAUGHAN
                                         United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION
PAGE - 3