UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DION PALMER, | CASE NO. C22-152 MJP |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMEDATION AND DISMISSING ACTION |
| v. | |
| SONOHOMISH COUNTY JAIL, | |
| Respondent. | |

This matter comes before the Court on the Report and Recommendation of the Honorable Kate S. Vaughan, United States Magistrate Judge. (Dkt. No. 8.) Having reviewed the Report and Recommendation and the supporting record, and noting the absence of any objections, the Court: (1) ADOPTS and APPROVES the Report and Recommendation; and (2) DISMISSES this action without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and LCR 41(b)(2).

The clerk is ordered to provide copies of this Order to Petitioner at his last known address and to Magistrate Judge Vaughan.

\\

- 1

Dated July 14, 2022.

Marsha J. Pechman
United States Senior District Judge